**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JESSE JAMES NEAL**                                                                                    **PLAINTIFF**
**#AX5615**

**v.**                                              **Case No. 4:19-cv-00851-KGB-JTR**

**LINGO, Lieutenant/Jail Administrator,**
**Hot Spring County Jail**                                                                         **DEFENDANT**

**ORDER**

    Plaintiff Jesse James Neal has submitted this 42 U.S.C. § 1983 case for filing in this district. However, from the facts alleged and the defendant named, it appears that venue properly lies in the Western District of Arkansas. *See* 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

    The Clerk of the Court is directed to transfer immediately Mr. Neal's entire case file to the United States District Court for the Western District of Arkansas.

    It is so ordered this 30th day of September, 2020.

                                        *Kristine G. Baker*
                                        Kristine G. Baker
                                        United States District Judge